IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| ESSAR STEEL ALGOMA INC., *et al.*, | ) Case No. 15-12271 (BLS) |
| GROUP, INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors in a foreign proceeding. | ) |
| | ) |
| ESSAR STEEL ALGOMA INC., *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adversary Pro. No. 17-50196 (BLS) |
| v. | ) |
| | ) |
| SOUTHERN COAL SALES CORPORATION | ) |
| | ) |
| Defendant. | ) |

**ORDER IMPLEMENTING TRANSFER [D.I. 61]**

AND NOW, this 18th day of September, 2017, **it is hereby ORDERED** that the above Adversary case is **TRANSFERRED** to the United States District Court for the District of Delaware, to implement the Court's Order Granting Defendant's Motion to Transfer [D.I.20] this case to the United States District Court for the Southern District of New York.

Brendan L. Shannon
Chief United States Bankruptcy Judge